JS-6 / ENTER

FILED
FEB 13 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICQUEL R. WELCH, ) | Case No. EDCV 08-0712-GW(MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| DEBORAH PATRICK, WARDEN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: February 12, 2009

_____
George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY